PLUMMER V REEVES

NO. 07-03-0319-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 24, 2004

______________________________

ROBERT W. PAIGE, M.D.,

Appellant

v.

SPROUSE, SMITH & ROWLEY, PC. F/K/A

SPROUSE, MOZOLA, SMITH & ROWLEY, PC.

AND JOHN MOZOLA,

Appellees

_________________________________

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 88,858-E; HON. ABE LOPEZ, PRESIDING

_______________________________

ORDER OF ABATEMENT

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Robert W. Paige, M.D. (appellant) appeals the April 22, 2003 order of dismissal of the 108
th
 District Court of Potter County.  This court has received notice from counsel for  trustee that appellant has filed a voluntary petition as debtor under Chapter 7 of the United States Bankruptcy Code.  Said notice included a file-marked copy of said petition.  Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.  

Under these circumstances, and for administrative purposes, the court orders that the appeal be abated and removed from the docket of this Court until further order.  

Per Curiam